UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRODIGY FINANCE CM2021-2 DAC,

               Petitioner,

– *against* –

TERRA STEPHANIE BOTROS,

               Respondent.

**ORDER**

25-cv-07818 (ER)

Ramos, D.J.:

      Prodigy Finance CM2021-2 DAC ("Prodigy Finance") filed a petition to confirm a foreign arbitration award on September 19, 2025. Doc. 1. On November 3, 2025, Prodigy Finance requested that the Court treat its initial petition and a forthcoming memorandum of law as a motion for summary judgment. Doc. 8.

      Prodigy Finance's request is granted. Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Prodigy Finance shall file and serve any additional materials with which it intends to support its petition by November 26, 2025. Botros' opposition is due on December 17, 2025. Prodigy Finance's reply, if any, is due on December 29, 2025. Prodigy Finance is directed to serve a copy of this Order on Botros.

      SO ORDERED.

Dated:  November 5, 2025
           New York, New York

                                                        Edgardo Ramos, U.S.D.J.