**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PRODIGY FINANCE CM2021-2 DAC,

Petitioner,

-against-

TERRA STEPHANIE BOTROS,

Respondent.

---------------------------------------------------------------X

25 **CIVIL** 7818 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 22, 2026, the petitioners' motion is GRANTED in full. The arbitration award is confirmed, and judgment is entered in favor of the petitioners pursuant to the arbitrator's final award. This judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961. The petitioner is also awarded $9,155.00 in attorney's fees and costs.

**Dated**: New York, New York
October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**